# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY BLACKMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>JORDON, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:09-cv-01230-AWI-GSA PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS, AND REQUIRING PLAINTIFF TO PAY $350.00 FILING FEE IN FULL WITHIN THIRTY DAYS, OR DISMISSAL WILL OCCUR<br><br>(Doc. 2) |

       Plaintiff Tony Blackman ("Plaintiff"), a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 16, 2009. Plaintiff seeks leave to proceed in forma pauperis.

       28 U.S.C. § 1915 governs proceedings in forma pauperis. Section 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." A review of the actions filed by Plaintiff reveals that Plaintiff is subject to section

///
///
///
///

1 1915(g) and is precluded from proceeding in forma pauperis unless Plaintiff is, at the time the
2 complaint is filed, under imminent danger of serious physical injury.[1]

3 The Court has reviewed Plaintiff's complaint and finds that Plaintiff does not meet the
4 imminent danger exception.[2] Andrews v. Cervantes, 493 F.3d 1047, 1053 (9th Cir. 2007). Because
5 Plaintiff has alleged no facts that support a finding that he is under imminent danger of serious
6 physical injury, Plaintiff is ineligible to proceed in forma pauperis in this action, and must submit
7 the appropriate filing fee in order to proceed with this action.

8 Based on the foregoing, it is HEREBY ORDERED that:

9 1. Plaintiff's motion for leave to proceed in forma pauperis in this action is denied; and
10 2. Plaintiff shall pay the $350.00 filing fee in full within **thirty (30) days** from the date
11 of service of this order or this action will be dismissed, without prejudice.

13 IT IS SO ORDERED.

14 **Dated:   July 29, 2009**              /s/ Anthony W. Ishii
                                            CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The Court takes judicial notice of case numbers 1:99-cv-05822-REC-HGB PC Blackman v. Hartwell (E.D. Cal.) (dismissed 03/12/2001 for failure to state a claim); 3:05-cv-05390-SI Blackman v. Medina (N.D. Cal.) (dismissed 03/13/2006 for failure to state a claim); 3:06-cv-06398-SI Blackman v. Variz (N.D. Cal.) (dismissed 12/18/2006 for failure to state a claim); and 1:04-cv-06389-AWI-NEW (DLB) (E.D. Cal.) (dismissed 05/18/2007 for failure to state a claim).

[2] Plaintiff's allegations concern discrimination and retaliation in the context of the prison's administrative grievance process, Plaintiff's inability to receive a written decision enabling him to possess his wheelchair inside his cell, and Plaintiff's desire for law library access so that he can challenge his "false imprisonment." (Doc. 1, court record p. 2.)