# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY BLACKMAN, | CASE NO. 1:09-cv-01230-AWI-GSA PC |
| Plaintiff, | ORDER DISMISSING ACTION, WITHOUT PREJUDICE |
| v. | (Doc. 3) |
| JORDON, et al., | |
| Defendants. | |

Plaintiff Tony Blackman, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 16, 2009. On July 30, 2009, the Court denied Plaintiff leave to proceed in forma pauperis, and ordered Plaintiff to pay the $350.00 filing fee in full within thirty days. 28 U.S.C. § 1915(g).[1] More than thirty days have passed and Plaintiff has not complied with the Court's order. Therefore, this action shall be dismissed.

Plaintiff filed an amended complaint on August 5, 2009. Fed. R. Civ. P. 15(a). Neither the original complaint nor the amended complaint meets the imminent danger exception. Andrews v. Cervantes, 493 F.3d 1047, 1053 (9th Cir. 2007). Plaintiff's additional attempts to amend on August 19, 2009, and August 24, 2009, are disregarded. Plaintiff may only amend once as a matter of right, which occurred on August 5, 2009.

---

[1] Section 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."

Accordingly, pursuant to 28 U.S.C. § 1915(g), this action is HEREBY DISMISSED, without prejudice, for failure to pay the filing fee.

IT IS SO ORDERED.

**Dated:     September 25, 2009                         /s/ Anthony W. Ishii**
                                         CHIEF UNITED STATES DISTRICT JUDGE